UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT GUERIN, INDIVIDUALLY AND ON BEHALF OF AUSTIN GUERIN, AND DEBRA GUERIN | CIVIL ACTION<br><br>NUMBER 02-1066-JJB-DLD |
| VERSUS | |
| AMERICAN HOME PRODUCTS CORPORATION, ET AL | |
| **CONSOLIDATED WITH** | **THIS DOCUMENT PERTAINS TO:** |
| KIM DIXON | CIVIL ACTION |
| VERSUS | NUMBER 03-209-JJB-DLD |
| MERCK & CO., ET AL | |

### MAGISTRATE JUDGE'S REPORT

This matter came before the court on a rule to show cause why plaintiff's action should not be dismissed. This matter involves claims by a mother for damages allegedly sustained by her child as a result of the administration of childhood vaccines containing the preservative thimerosal to her child. The matter was administratively closed pending the resolution of certain claims in the Vaccine Court in December 2006, and reopened in June 2012 (rec. docs. 5 and 8).

On September 7, 2012, the court ordered plaintiff to appear in court on October 4, 2012, to show cause why her case should not be dismissed for failure to prosecute and/or why appropriate sanctions should not be imposed against her for failure to appear for a status conference on September 6, 2012 (rec. doc. 21). Plaintiff Kim Dixon appeared in court on October 4, 2012, in response to the show cause order and stated that she no

longer wanted to pursue her claims against the defendants and asked that her case be dismissed (rec. doc. 23). Counsel for defendants were present at the show cause hearing and did not object to plaintiff's request for dismissal.

Accordingly,

**IT IS RECOMMENDED** that plaintiff Kim Dixon's claims against defendants should be **DISMISSED WITH PREJUDICE**.

Signed in Baton Rouge, Louisiana, on October 25, 2012.

**MAGISTRATE JUDGE DOCIA L. DALBY**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT GUERIN, INDIVIDUALLY AND ON BEHALF OF AUSTIN GUERIN, AND DEBRA GUERIN | CIVIL ACTION<br><br>NUMBER 02-1066-JJB-DLD |
| VERSUS | |
| AMERICAN HOME PRODUCTS CORPORATION, ET AL | |
| **CONSOLIDATED WITH** | **THIS DOCUMENT PERTAINS TO:** |
| KIM DIXON | CIVIL ACTION |
| VERSUS | NUMBER 03-209-JJB-DLD |
| MERCK & CO., ET AL | |

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U.S. District Court.

In accordance with 28 U.S.C. §636(b)(1), you have 14 (fourteen) days from date of receipt of this notice to file written objections to the proposed findings of fact and conclusions of law set forth in the Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on October 25, 2012.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**