UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT GUERIN, INDIVIDUALLY AND ON BEHALF OF AUSTIN GUERIN, AND DEBRA GUERIN | CIVIL ACTION |
| VERSUS | NO. 02-1066-JJB-DLD |
| AMERICAN HOME PRODUCTS CORPORATION, ET AL. | |
| **CONSOLIDATED WITH** | **THIS DOCUMENT PERTAINS TO:** |
| KIM DIXON | CIVIL ACTION |
| VERSUS | NO. 03-209-JJB-DLD |
| MERCK & CO., INC., ET AL | |

RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated October 25, 2012 (doc. no. 24) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, plaintiff Kim Dixon's claims against defendants is DISMISSED WITH PREJUDICE.

Baton Rouge, Louisiana, December 19, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA